IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H–13-521 |
| LASHAE C. HAWKINS | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 36). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 18, 2015 at 9:00 a.m.**

SIGNED on May 22, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge