IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H–13-521-1 |
| | § § § | |
| LASHAE C. HAWKINS | § | |

**O R D E R**

The defendant's request to extend her self-surrender date to after February 26, 2016, to enable her to complete an educational program that is likely to enable her to work after she completes her sentence, is granted.

SIGNED on August 27, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge